# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  17-cv-00029-STV

SONRISA HOLDING, LLC
LIVING TRUST AGREEMENT OF MELODY L. ORTEGA
        Plaintiffs,
  v.

CIRCLE K STORES, INC.
        Defendant.
_____

## STIPULATED MOTION TO ENTER JUDGMENT

Defendant Circle K Stores, Inc. ("Circle K"), through counsel, and Plaintiffs, Sonrisa Holding, LLC and Living Trust of Melody L. Ortega, through counsel, respectfully submits this Stipulated Motion to Enter Judgment.  As grounds, the parties state:

1. Based on the Court's Order [Doc. # 93], all that remains in this case is Plaintiffs' trespass claim.  *Id.*, p. 10.  For that claim, the Court held that "Plaintiffs are at least entitled to nominal damages for their trespass claim even if they cannot ultimately recover any other categories of damages."  *Id.* (citing *Sanderson v. Heath Mesa Homeowners Ass'n*, 183 P.3d 679, 684 (Colo. App. 2008)).

2. Plaintiffs disagree with the Court's Order and intends to appeal, but before they may appeal, the Court must enter judgment Fed.R.Civ.P. 58(a).

3. Counsel for the parties have conferred and are authorized by the parties to stipulate to the Court entering judgment in favor of Plaintiffs in the amount of $1.00 each for nominal damages.  *See City of Westminster v. Centric-Jones Constructors*, 100 P.3d 472, 481 (Colo. App. 2003) (Under Colorado law, "[n]ominal damages involve an award of one dollar.") (citation omitted).

4.As the Court identified in its Minute Order [Doc. # 101], the parties' stipulation to enter judgment in favor of each Plaintiff for $1.00 expressly reserves Plaintiffs' ability to appeal the Court's previous rulings, including the Court's summary judgment Order [Doc. # 93], pursuant to *Bruce v. Pac. Specialty Ins. Co.*, 755 F. App'x 731, 733 (10th Cir. 2018) (parties' agreement "that disposed of the lost-rent and bad faith claims and reserved Plaintiff's right to appeal from the district court's entry of summary judgment on his other claims" preserved claim for appeal); *Brown v. Famers Ins. Co., Inc.*, 308 F. App'x 303, 305 (10th Cir. 2009) (although an appeal ordinarily may not be taken from a consent judgment, if parties reserve the right to appeal from a consent judgment in a settlement, an appeal may be taken).

WHEREFORE, the parties respectfully requests that the Court enter judgment against Circle K Stores, Inc. in the amount of $1.00 to each Plaintiff, pursuant to Fed.R.Civ.P. 58(a), with each party to bear its own costs and fees and Plaintiffs preserving all rights to appeal the Court's previous rulings once judgment is entered. A proposed Order and Judgment is being provided along with this Stipulated Motion, pursuant to D.C.Colo.L.Civ.R. 7.1(g).

Dated this 7th day of August, 2019.

Respectfully submitted by:

/s Randall M. Weiner
Randall M. Weiner
Annmarie Cording
Law Offices of Randall M. Weiner, P.C.
3100 Arapahoe Avenue, Ste. 202
Boulder, CO 80303

2

15026093.2/010609.0074

DN 3726440.1

COUNSEL FOR PLAINTIFFS

/s/ *John Pearce*

John Pearce
1700 Lincoln Street, Suite 2400
Denver, Colorado 80203-4524
(303) 291-3200
(303) 291-3201 (facsimile)
ropsahl@fclaw.com
jpearce@fclaw.com


*/s/ Troy R. Rackham* .
Troy R. Rackham
1700 Lincoln Street, Suite 2000
Denver, CO 80203
(303) 839-3860
trackham@spencerfane.com

COUNSEL FOR DEFENDANT

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 7, 2019, the foregoing was filed on the Court's ECF service and served via electronic mail addressed to the following:

Randall M. Weiner
Annmarie Cording
Law Offices of Randall M. Weiner, P.C.
3100 Arapahoe Avenue, Ste. 202
Boulder, CO 80303
Randall@randallweiner.com
Annmarie@randallweiner.com

*Attorneys for Plaintiffs*

*s/ Nikki Hoff*
Nikki Hoff

3

15026093.2/010609.0074

DN 3726440.1